IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION<br>AGENCY,<br><br>      Defendant. | Civ. A. No. 25-0621 (TSC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Environmental Defense Fund and Defendant U.S. Environmental Protection Agency hereby stipulate to the dismissal of this action. Each party will bear its own attorneys' fees and costs.

Dated: March 12, 2026

Respectfully submitted,

/s/ *Nathaniel H. Hunt*

NATHANIEL H. HUNT
  (Bar ID CO0107)
SAMANTHA R. CARAVELLO
  (Bar ID CO0080)
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO   80202
Telephone: (303) 825-7000
Email: nhunt@kaplankirsch.com
      scaravello@kaplankirsch.com

ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Xinyu Yang*
Xinyu Yang, Texas Bar #24098643
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-7225
Xinyu.Yang@usdoj.gov

*Attorneys for the United States of America*

Email: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule
49(c)(3)

*Attorneys for Environmental Defense Fund*

2